DAVID ALLEN (SBN 87193)
DAVID ALLEN & ASSOCIATES
5230 Folsom Boulevard
Sacramento, California 95819
(916) 455-4800 Telephone
(916) 451-5687 Facsimile

Attorneys for Plaintiff
KATHLEEN PEAUA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN PEAUA, ) | Case No. CV 09-2650 |
| Plaintiff, ) | **ORDER** |
| v. ) | |
| HARTFORD LIFE AND ACCIDENT ) INSURANCE COMPANY and DOES 1 to ) 100, ) | |
| Defendants. ) | |

Plaintiff, who is represented by counsel in this action, has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. A filing fee of $350.00 is required to commence a civil action in a federal district court. 28 U.S.C. § 1914(a). The district court may authorize the commencement of an action "without prepayment of fees or security therefor" by an individual who submits an affidavit demonstrating his inability to pay such fees or give security therefor. 28 U.S.C. § 1915(a).

Here, plaintiff declares that she is not employed and has not been employed since January, 2006. She had received "disability or workers compensation payments" that were discontinued May 1, 2008. The court finds that plaintiff's statements concerning income, cash, and bank accounts demonstrate inability to prepay the $350.00 filing fee.

Accordingly, the court GRANTS the plaintiff's motion to proceed in forma pauperis.

1 | IT IS SO ORDERED.

3 | DATED:   September 25, 2009

```
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE
```

12 | \

13 | September 23, 2009

14 | Submitted by:

15 | DAVID ALLEN & ASSOCIATES

16 |     *//s// David Allen*
By_____
17 |   DAVID ALLEN
  Attorney for Plaintiff
18 |   KATHLEEN PEAUA

2

**Proposed ORDER**