1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10
                            ----oo0oo----
11

12   KATHLEEN PEAUA,

13                                  NO. CIV. 2:09-2650 WBS DAD
              Plaintiff,
14
         v.
15
     HARTFORD LIFE AND ACCIDENT
16   INSURANCE COMPANY,

17              Defendant.

18   _____/

19
                            ----oo0oo----
20

21           STATUS (PRETRIAL SCHEDULING) ORDER

22           After reviewing the parties' Joint Status Report, the

23   court hereby vacates the Status (Pretrial Scheduling) Conference

24   scheduled for March 8, 2010.

25           I.   SERVICE OF PROCESS

26           The named defendant has been served and no further

27   service is permitted without leave of court, good cause having

28   been shown under Federal Rule of Civil Procedure 16(b).

                               1

1          II.   JOINDER OF PARTIES/AMENDMENTS

2          No further joinder of parties or amendments to

3 pleadings will be permitted except with leave of court, good

4 cause having been shown under Federal Rule of Civil Procedure

5 16(b).  See Johnson v. Mammoth Recreations, Inc., 975 F.2d 604

6 (9th Cir. 1992).

7          III. JURISDICTION/VENUE

8          Jurisdiction is predicated upon federal question

9 jurisdiction, 28 U.S.C. § 1331, and the Employee Retirement

10 Income Security Act (ERISA), 29 U.S.C. § 1132.  Venue is

11 undisputed and is hereby found to be proper.

12         IV.   DISCOVERY

13         The parties shall serve the initial disclosures

14 required by Federal Rule of Civil Procedure 26 (a)(1) by April 5,

15 2010.

16         The parties shall disclose any experts and produce

17 reports in accordance with Federal Rule of Civil Procedure

18 26(a)(2) by no later than July 20, 2010.

19         All discovery, including depositions for preservation

20 of testimony, is left open, save and except that it shall be so

21 conducted as to be completed by September 20, 2010.  The word

22 "completed" means that all discovery shall have been conducted so

23 that all depositions have been taken and any disputes relevant to

24 discovery shall have been resolved by appropriate order if

25 necessary and, where discovery has been ordered, the order has

26 been obeyed.  All motions to compel discovery must be noticed on

27 the magistrate judge's calendar in accordance with the local

28 rules of this court and so that such motions may be heard (and

2

1  any resulting orders obeyed) not later than September 20, 2010.

2                      V.   <u>MOTION HEARING SCHEDULE</u>

3          All motions, except the parties' anticipated cross-

4  motions for judgment under Federal Rule of Civil Procedure 52,

5  motions for continuances, temporary restraining orders, or other

6  emergency applications, shall be filed on or before October 4,

7  2010.  All motions shall be noticed for the next available

8  hearing date.  Counsel are cautioned to refer to the local rules

9  regarding the requirements for noticing and opposing such motions

10  on the court's regularly scheduled law and motion calendar.

11                    VI.   <u>FINAL PRETRIAL CONFERENCE</u>

12          The parties agree that the matter should be resolved by

13  a bench trial pursuant to Federal Rule of Civil Procedure 52 and

14  have requested that the court waive the Final Pretrial

15  Conference.  The court, however, will schedule a pretrial

16  conference to confirm the trial date and briefing schedule.  A

17  Final Pretrial Conference is therefore set for October 18, 2010,

18  at 2:00 p.m. in Courtroom No. 5.  After receiving the parties'

19  pretrial statements, the court may issue a Final Pretrial Order

20  without requiring appearances at the Final Pretrial Conference.

21  If, however, the court does not do so, the conference shall be

22  attended by at least one of the attorneys who will conduct the

23  trial for each of the parties and by any unrepresented parties.

24          Two weeks before the Final Pretrial Conference, each

25  party shall file a separate pretrial statement.  The parties'

26  pretrial statements need only 1) identify the factual, legal, and

27  evidentiary issues that the court must resolve at trial; 2)

28  propose a schedule for filing trial briefs and any supplements to

1  the administrative record; and 3) estimate the amount of time

2  needed for the bench trial.  The parties are cautioned that, with

3  the expedited trial they have requested, opening briefs would be

4  due on November 2, 2010 and reply briefs would be due on November

5  23, 2010.

6                    VII.  <u>TRIAL SETTING</u>

7            The bench trial is set for December 14, 2010, at 9:00

8  a.m.  The parties anticipate that the bench trial will last half

9  of one  court day.

10                   VIII.  <u>SETTLEMENT CONFERENCE</u>

11           A Settlement Conference will be set at the time of the

12 Pretrial Conference.  All parties should be prepared to advise

13 the court whether they will stipulate to the trial judge acting

14 as settlement judge and waive disqualification by virtue thereof.

15           Counsel are instructed to have a principal with full

16 settlement authority present at the Settlement Conference or to

17 be fully authorized to settle the matter on any terms.  At least

18 seven calendar days before the Settlement Conference counsel for

19 each party shall submit a confidential Settlement Conference

20 Statement for review by the settlement judge.  If the settlement

21 judge is not the trial judge, the Settlement Conference

22 Statements shall not be filed and will not otherwise be disclosed

23 to the trial judge.

24                   IX.  <u>MODIFICATIONS TO SCHEDULING ORDER</u>

25           Any requests to modify the dates or terms of this

26 Scheduling Order, except requests to change the date of the

27 trial, may be heard and decided by the assigned Magistrate Judge.

28 All requests to change the trial date shall be heard and decided

1   only by the undersigned judge.

2   DATED:   March 4, 2010

3

4                                   _____
                                    WILLIAM B. SHUBB
5                                   UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28