| | |
|---|---|
| 1 | David Allen (SBN 87193) |
| | DAVID ALLEN & ASSOCIATES |
| 2 | 5230 Folsom Boulevard |
| | Sacramento, California 95819 |
| 3 | (916) 455-4800 Telephone |
| | (916) 451-5687 Facsimile |
| 4 | DAllen@DavidAllenLaw.com |
| 5 | Attorneys for Plaintiff, |
| | KATHLEEN PEAUA |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KATHLEEN PEAUA, | ) | Case No. 2:09-cv-02650-WBS-DAD |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND PROPOSED ORDER RE STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S WRITTEN DISCOVERY** |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY and DOES 1 to 100, | ) | |
| Defendants. | ) | |

Be advised Defendant Hartford Life and Accident Insurance Company (Hartford) served first set of Special Interrogatories on Plaintiff which are due on March 10, 2010. Plaintiff timely requested and Defendant Hartford agreed to grant a two-day extension of time for Plaintiff to respond to these discovery requests, up to and including March 12, 2010.

NOW THEREFORE, IT IS STIPULATED by and between the parties that Plaintiff's responses to Hartford's first set of Special Interrogatories are due to be served on March 12, 2010.

///

////

1

**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S WRITTEN DISCOVERY**

IT IS SO STIPULATED.

DATED: March 12, 2010  BURKE, WILLIAMS & SORENSEN, LLP

*By: /s/ Daniel W. Maguire*
DANIEL W. MAGUIRE
Attorney for Defendant
HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY

DATED: March 11, 2010  DAVID ALLEN & ASSOCIATES

*By: /s/ David Allen*
DAVID ALLEN
Attorney for Plaintiff
KATHLEEN PEAUA

GOOD CAUSE HAVING BEEN SHOWN THEREFORE, IT IS ORDERED THAT:

Plaintiff's responses to Hartford's first set of Special Interrogatories are due to be served on March 12, 2010

DATED: March 12, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE