1  David Allen (SBN 87193)
   DAVID ALLEN & ASSOCIATES
2  5230 Folsom Boulevard
   Sacramento, California 95819
3  (916) 455-4800 Telephone
   (916) 451-5687 Facsimile
4  DAllen@DavidAllenLaw.com

5  Attorneys for Plaintiff,
   KATHLEEN PEAUA

6

7

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11
   KATHLEEN PEAUA,                )   Case No. 2:09-cv-02650-WBS-DAD
12                                )
            Plaintiff,             )
13                                )   **STIPULATION AND PROPOSED**
        v.                         )   **ORDER RE STIPULATION FOR**
14                                )   **EXTENSION OF TIME FOR**
   HARTFORD LIFE AND ACCIDENT     )   **PLAINTIFF TO RESPOND TO**
15 INSURANCE COMPANY and DOES 1 to)   **DEFENDANT'S WRITTEN**
   100,                            )   **DISCOVERY**
16                                )
            Defendants.            )
17 _____ )

18

19     Be advised Defendant Hartford Life and Accident Insurance Company (Hartford) served

20 first set of Special Interrogatories on Plaintiff which are due on March 10, 2010.  Plaintiff timely

21 requested and Defendant Hartford agreed to grant a two-day extension of time for Plaintiff to

22 respond to these discovery requests, up to and including March 12, 2010.

23     NOW THEREFORE, IT IS STIPULATED by and between the parties that Plaintiff's

24 responses to Hartford's first set of Special Interrogatories are due to be served on March 12,

25 2010.

26 / / /

27

28 / / / /

---

1

**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO
DEFENDANT'S WRITTEN DISCOVERY**

1  IT IS SO STIPULATED.

2

3  DATED: March 12, 2010                BURKE, WILLIAMS & SORENSEN, LLP

4
                                        *By: /s/ Daniel W. Maguire*
5                                       DANIEL W. MAGUIRE
                                        Attorney for Defendant
6                                       HARTFORD LIFE AND ACCIDENT
                                        INSURANCE COMPANY
7
   DATED: March 11, 2010                DAVID ALLEN & ASSOCIATES
8

9                                       *By: /s/ David Allen*
                                        DAVID ALLEN
10                                      Attorney for Plaintiff
                                        KATHLEEN PEAUA

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---
2
**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S WRITTEN DISCOVERY**

1  GOOD CAUSE HAVING BEEN SHOWN THEREFORE, IT IS ORDERED THAT:

2      Plaintiff's responses to Hartford's first set of Special Interrogatories are due to be served

3  on March 12, 2010

4

DATED:  March 12, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S WRITTEN DISCOVERY**