# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN PEAUA,<br><br>            Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>            Defendant. | CASE NO. 09-CV-02650-WBS-DAD<br><br>**ORDER FOR DEFENDANT TO APPEAR TELEPHONICALLY AT FINAL PRE-TRIAL CONFERENCE**<br><br>Final PTC: October 18, 2010<br>Time: 2:00 p.m.<br>Ctrm: 5 |

Pursuant to Defendant's Request to Appear Telephonically at Final Pre-trial Conference, and good cause appearing, it is so ordered.  The courtroom deputy shall initiate the telephone conference call to Daniel W. McGuire at (760) 776-5600.

DATED: October 13, 2010

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE