UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

KATHLEEN PEAUA,

        Plaintiff,

   v.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY and DOES 1 to 100,

        Defendants.
_____/

NO. CIV. 2:09-2650 WBS DAD

<u>FINAL PRETRIAL ORDER</u>

----oo0oo----

        A Final Pretrial Conference was held in this matter, pursuant to the provisions of Rule 16(d) of the Federal Rules of Civil Procedure and Local Rule 282, on October 18, 2010. David Allen appeared as counsel for plaintiff Kathleen Peaua; Daniel Maguire appeared via telephone as counsel for defendant Hartford Life and Accident Insurance Company. Following the hearing, the court enters this Final Pretrial Order:

        I.   <u>Jurisdiction-Venue</u>

        Jurisdiction is predicated upon federal question

1

jurisdiction, 28 U.S.C. § 1331, because plaintiff has brought a claim under the Employee Retirement Income Security Act (ERISA), 29 U.S.C. §§ 1001-1191c.  Venue is undisputed and is hereby found to be proper.

## II. Trial

The parties agree that the matter will be heard on the administrative record and tried before the court without a jury or witnesses.  The trial will be conducted in accordance with the procedures outlined in Kearney v. Standard Ins. Co., 175 F.3d 1084 (9th Cir. 1999).

## III. Findings and Conclusions

No later than ten court days before trial, counsel for plaintiff shall lodge and serve the Findings of Fact and Conclusions of Law that plaintiff proposes be entered at the conclusion of the trial pursuant to Federal Rule of Civil Procedure 52 and Local Rule 290.  No later than five court days before trial, counsel for defendant shall lodge and serve the Findings of Fact and Conclusions of Law that defendant proposes be entered.

## IV. Trial Briefs

No later than December 31, 2010, the parties shall file their opening trial briefs and defendant shall also lodge the administrative record with the court.  Both parties shall file any opposition briefs no later than January 14, 2010 and may file any reply briefs no later than January 21, 2010.

## V. Remaining Claim

The remaining claim for trial is plaintiff's claim for denial of his benefits under ERISA, 29 U.S.C. §§ 1001-1191c.

2

Plaintiff also seeks attorney's fees, which can be resolved by motion following trial.

### VI. Further Discovery and Motions

No further motions shall be brought before trial except upon order of the court and upon a showing of manifest injustice. Fed. R. Civ. P. 16(e). No further discovery will be permitted except by the express stipulation of all parties or upon order of the court and upon a showing of manifest injustice. Id.

### VII. Date and Length of Trial

The trial is set for January 31, 2011, at 2:00 p.m. in Courtroom No. 5. The court estimates that the trial will last approximately two hours.

### VIII. Settlement Conference

A Settlement Conference is set before Magistrate Judge Dale A. Drodz, at 10:00 a.m., on November 22, 2010.

Each party is ordered to have a principal with full settlement authority present at the conference or be fully authorized to settle the matter on any terms. No later than seven days before the date of the Settlement Conference, counsel for each party shall submit a confidential Settlement Conference Statement to the settlement judge. Such statements shall not be filed, but shall be delivered to the chambers of the settlement judge, in hard copy, and emailed to dadorders@caed.uscourts.gov.

### IX. Objections to Pretrial Order

Any objections or suggested modifications to this Pretrial Order shall be filed and served within five court days from the file-stamped date of this Order. All references herein to the date of this Order shall refer to the date the tentative order is filed and

3

1 | not to the date any amended order is filed.  If no objections or
2 | modifications are made, this Order will become final without further
3 | order of the court and shall control the subsequent course of the
4 | action, pursuant to Rule 16(e) of the Federal Rules of Civil
5 | Procedure.
6 | DATED:  October 19, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE